**Seyfarth**

**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York  10018

**T** (212) 218-5500

**F** (212) 218-5526

casmith@seyfarth.com

T (212) 218-5605

www.seyfarth.com

August 4, 2025

**VIA CM/ECF**
Hon. Denise L. Cote
United States District Judge
United States District Court – Southern District of New York
Daniel Patrick Moynihan, United States Courthouse
500 Pearl Street
New York, New York 10007

> The conference is
> adjourned to
> 9/25/25 at 11:00 am.
>
> *Denise Cote*
> 8/4/25

      Re:    ***Williams v. Peloton Interactive, Inc.***
              **Case No. 1:25-cv-01165-DLC**

Dear Judge Cote:

      We represent Defendant Peloton Interactive, Inc. ("Defendant") in the above-referenced action. The parties submit this joint request to adjourn the Rule 16 conference, which is currently scheduled for August 21, 2025, at 11:00 a.m. (*See* ECF No. 12).

      The parties are scheduled to appear for Court-ordered mediation (*see* ECF No. 15) on September 16, 2025, before Elizabeth J. Shampnoi. As such, the parties respectfully request that the Rule 16 conference be scheduled after they appear for mediation. This will allow the parties time to work with Ms. Shampnoi to try and resolve this case without further litigation.

      This is the parties' first adjournment request.

      The parties thank the Court for its consideration of the above and for its attention to this case.

      Respectfully submitted,

      **SEYFARTH SHAW LLP**

      */s/ Cameron A. Smith*
      Cameron A. Smith, Esq.

CAS/dso
cc:     Counsel of Record (via ECF)