**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| REISA WILLIAMS,<br><br>Plaintiff,<br><br>-against-<br><br>PELOTON INTERACTIVE, INC.,<br><br>Defendant. | Case No. 1:25-cv-01165-DLC<br><br>**[PROPOSED] CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER** |

DENISE L. COTE, United States District Judge:

This Civil Case Management Plan (the "Plan") is submitted by the parties in accordance with FED. R. CIV. P. 26(f)(3).

1. All parties **DO NOT** consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial.

2. The parties are scheduled to appear for court-ordered mediation on **September 16, 2025**, before Elizabeth J. Shampnoi.

3. The parties **HAVE** conferred pursuant to FED. R. CIV. P. 26(f).

4. The parties **HAVE** conferred about the basis of subject-matter jurisdiction and agree that subject-matter jurisdiction exists.

5. Initial Disclosures pursuant to FED. R. CIV. P. 26(a)(1) shall be completed no later than **September 22, 2025**.

6. Unless a party amends a pleading as a matter of course pursuant to FED. R. CIV. P. 15(a)(1), amended pleadings may not be filed and additional parties may not be joined except with leave of the Court. Any motion for leave to amend or join additional parties shall be filed no later than **October 23, 2025**.

7. Fact Discovery

(a) Initial requests for the production of documents shall be served no later than **October 10, 2025**.

(b) Interrogatories shall be served no later than **October 10, 2025**.

(c) Requests to admit shall be served no later than **October 10, 2025**.

(d) Depositions shall be completed no later than **April 13, 2026**.

(e) All fact discovery shall be completed no later than **April 13, 2026**.

8. Expert Discovery, if any

(a) Plaintiff's expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be made no later than **April 27, 2026**.

(b) Defendant's expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be made no later than **May 11, 2026**.

(c) All expert discovery, including expert reports and depositions, shall be completed no later than **May 29, 2026**.

9. Plaintiff shall provide HIPPA-compliant medical records release authorizations to Defendant no later than **September 22, 2025**.

10. The parties **will** require a confidentiality and protective order, and will submit a proposed order to Your Honor.

11. The Court will conduct a post-discovery pre-trial conference on __________ at __________ [*TBD by the Court*]. No later than three weeks before this conference, any party wishing to move for summary judgment shall notify the Court and request a briefing schedule.

12. Unless otherwise ordered by the Court, the parties shall submit a Joint Pretrial Order prepared in accordance with FED. R. CIV. P. 26(a)(3) and other pretrial submissions pursuant to the Court's Individual Rules and Practices in Civil Cases within 30 days of any decision on a summary judgment motion.

13. The case **IS** to be tried to a jury.

14. Counsel for the parties have conferred and their best estimate of the length of trial is **four days**.

**CONSUMER JUSTICE LAW FIRM**
*Attorneys for Plaintiff*

/s/ Janelle J. Romero
Janelle J. Romero, Esq.
Consumer Justice Law Firm
72-47 139th Street
Flushing, New York 11367
T: (718) 874-8247
E: jromero@consumerjustice.com

Dated September 11, 2025

**SEYFARTH SHAW LLP**
*Attorneys for Defendant*

/s/ Cameron A. Smith
Cameron A. Smith, Esq.
David S. Ostern, Esq.
Seyfarth Shaw LLP
620 Eighth Avenue, 32nd Floor
New York, New York 10018
T: (212) 218-5500
E: casmith@seyfarth.com
E: dostern@seyfarth.com

Dated: September 11, 2025

**SO ORDERED.**

____________________________________
HON. DENISE L. COTE
UNITED STATES DISTRICT JUDGE

Dated: September ___, 2025