```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
REISA WILLIAMS,                           :    25cv1165(DLC)
                                          :
                     Plaintiff,           :        ORDER
         -v-                              :
                                          :
PELOTON INTERACTIVE, INC.,                :
                                          :
                     Defendant.           :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **October 20, 2025**. If no such application is made by that date, today's dismissal of the action is with prejudice. See <u>Muze, Inc. v. Digital On Demand, Inc.</u>, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:  New York, New York
        September 18, 2025

                                   _____
                                            DENISE COTE
                                   United States District Judge