```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
REISA WILLIAMS,                          :         25cv1165 (DLC)
                                         :
                        Plaintiff,       :             ORDER
            -v-                          :
                                         :
PELOTON INTERACTIVE, INC.,               :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received the defendants' request of October 23, 2025, it is hereby

ORDERED that the initial pretrial conference scheduled for **October 24, 2025, at 11:00 AM** shall be held telephonically. The parties shall use the following dial-in credentials:

    Dial-in: 1-855-244-8681

    Access code: 2312 042 2648

The parties shall use a landline if one is available. Please refer to the Order dated March 4, 2025, for all other information relating to the conference.

Dated:   New York, New York
        October 23, 2025

                                                _____
                                                  DENISE COTE
                                        United States District Judge