UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ X

REISA WILLIAMS,                                    :        25cv1165 (DLC)

                                                   :        PRETRIAL
                                                   :        SCHEDULING ORDER
                          Plaintiff,               :

              -v-                                  :

                                                   :
PELOTON INTERACTIVE, INC.,                         :

                                                   :
                          Defendant.               :

                                                   :

------------------------------------------ X

DENISE COTE, District Judge:

     As set forth at the telephonic pretrial conference held
pursuant to Rule 16, Fed. R. Civ. P., on October 24, 2025, the
following schedule shall govern the further conduct of pretrial
proceedings in this case:

1.   The parties shall comply with their Rule 26(a)(1), Fed. R.
     Civ. P., initial disclosure obligations by **November 7,
     2025.**

2.   No additional parties may be joined or pleadings amended
     after **November 14, 2025.**

3.   This case will be referred to mediation to occur in
     **November 2025.**  The Clerk of Court will contact the parties
     when a mediator has been selected.

4.   All fact discovery must be completed by **February 27, 2026.**

5.   The following motion will be served by the dates indicated
     below.

     Summary Judgment

     –    Motion served by **March 20, 2026.**
     –    Opposition served by **April 10, 2026.**
     –    Reply served by **April 24, 2026.**

     At the time any reply is filed, the moving party shall
     supply Chambers with two (2) courtesy copies of all motion

papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

6.  In the event no Summary Judgment motion is filed, the Joint Pretrial Order must be filed by **March 20, 2026.**

As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order:  Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial.  Any responsive papers are due one week thereafter.  In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law is not permitted.

SO ORDERED:

Dated:    New York, New York
          October 24, 2025

_____
DENISE COTE
United States District Judge

2